UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-cr-0294 (WMW/TNL) |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| Marimar Jimenez (2), | |
| Defendant. | |

---

This matter is before the Court on Defendant Marimar Jimenez's motion to appoint counsel for the purpose of seeking a sentence reduction. (Dkt. 281.) The Court has determined that Jimenez is financially unable to employ counsel and that it is in the interest of justice that counsel be appointed pursuant to 18 U.S.C. § 3006A.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant Marimar Jimenez's motion to appoint counsel, (Dkt. 281), is **GRANTED**.

2. Jean Brandl, Attorney ID 0387260, a member of the CJA Conflicts Panel for the District of Minnesota, is appointed pursuant to 18 U.S.C. § 3006A.

3. Defendant Marimar Jimenez shall file a proposed briefing schedule as to her anticipated compassionate-release motion no later than April 14, 2021.

Dated: April 2, 2021                         s/Wilhelmina M. Wright
                                             Wilhelmina M. Wright
                                             United States District Judge